# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES B. FAUST,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK G. COUSINS, ET AL.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)   13-12032-FDS<br>)<br>)<br>)<br>) |

## MEMORANDUM AND ORDER

On August 14, 2013, plaintiff James Faust filed a civil action along with a motion for leave to proceed *in forma pauperis*, but failed to provide a certified prison account statement as required under 28 U.S.C. § 1915(a)(2). On August 23, 2013, the Court issued an order requiring plaintiff to pay the $400 filing and administrative fees or to file a renewed motion for leave to proceed *in forma pauperis* within 21 days. The Court informed plaintiff that failure to respond to the order would result in dismissal of the action without prejudice.

The time period for complying with the Court's order has expired without any response from the plaintiff. Accordingly, this action is DISMISSED without prejudice for failure to pay the filing fee.

**So Ordered.**

                                                              /s/ F. Dennis Saylor  
                                                              F. Dennis Saylor IV  
                                                              United States District Judge

Dated: September 17, 2013